# Exhibit A

| IP | Hit Date (UTC) | State | ISP |
|---|---|---|---|
| 68.204.43.200 | 2010-11-15 10:53:04 PM | Florida | Road Runner |
| 97.104.164.115 | 2010-11-16 01:54:37 AM | Florida | Road Runner |
| 70.119.75.44 | 2010-11-16 04:09:35 AM | Florida | Road Runner |
| 97.102.233.60 | 2010-11-16 04:11:56 AM | Florida | Road Runner |
| 96.243.236.82 | 2010-11-16 01:28:21 PM | Florida | Verizon Internet Services |
| 70.126.204.189 | 2010-11-16 04:51:16 PM | Florida | Road Runner |
| 67.190.252.104 | 2010-11-16 05:54:14 PM | Florida | Comcast Cable |
| 98.180.14.26 | 2010-11-16 06:50:28 PM | Florida | Cox Communications |
| 97.96.103.223 | 2010-11-16 11:56:51 PM | Florida | Road Runner |
| 65.35.37.180 | 2010-11-17 11:27:03 PM | Florida | Road Runner |
| 24.250.148.163 | 2010-11-18 02:16:34 AM | Florida | Cox Communications |
| 24.129.116.252 | 2010-11-18 01:21:55 PM | Florida | Comcast Cable |
| 98.203.61.156 | 2010-11-19 03:00:50 AM | Florida | Comcast Cable |
| 71.243.249.71 | 2010-11-19 05:00:53 AM | Florida | Verizon Internet Services |
| 76.108.103.110 | 2010-11-19 09:10:20 AM | Florida | Comcast Cable |
| 174.61.17.134 | 2010-11-19 11:11:52 AM | Florida | Comcast Cable |
| 97.96.163.19 | 2010-11-20 02:25:11 AM | Florida | Road Runner |
| 24.160.76.226 | 2010-11-20 01:18:25 PM | Florida | Road Runner |
| 70.118.207.122 | 2010-11-21 12:28:24 PM | Florida | Road Runner |
| 76.109.186.57 | 2010-11-21 01:03:20 PM | Florida | Comcast Cable |
| 98.242.224.191 | 2010-11-23 05:55:38 AM | Florida | Comcast Cable |
| 71.122.122.201 | 2010-11-23 02:55:34 PM | Florida | Verizon Internet Services |
| 72.185.110.223 | 2010-11-24 05:40:28 AM | Florida | Road Runner |
| 108.123.173.60 | 2010-11-24 06:54:12 PM | Florida | Sprint PCS |
| 174.48.144.120 | 2010-11-25 03:19:08 AM | Florida | Comcast Cable |
| 75.74.152.92 | 2010-11-25 05:42:55 AM | Florida | Comcast Cable |
| 65.34.155.214 | 2010-11-25 05:52:27 AM | Florida | Comcast Cable |
| 97.96.103.190 | 2010-11-25 11:59:20 PM | Florida | Road Runner |
| 65.34.92.117 | 2010-11-26 02:47:36 PM | Florida | Road Runner |
| 71.203.100.76 | 2010-11-28 05:48:02 AM | Florida | Comcast Cable |
| 173.78.145.126 | 2010-11-28 08:50:18 PM | Florida | Verizon Internet Services |
| 98.219.80.103 | 2010-11-29 01:41:27 AM | Florida | Comcast Cable |
| 75.74.171.75 | 2010-11-29 02:39:07 AM | Florida | Comcast Cable |
| 173.78.25.155 | 2010-11-29 06:46:40 AM | Florida | Verizon Internet Services |
| 72.186.126.193 | 2010-12-01 01:43:37 PM | Florida | Road Runner |
| 76.108.240.156 | 2010-12-01 01:47:47 PM | Florida | Comcast Cable |
| 76.101.157.230 | 2010-12-08 12:00:42 AM | Florida | Comcast Cable |
| 96.26.138.47 | 2011-01-28 02:09:33 PM | Florida | Clearwire Corporation |