UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:11-cv-21567

LIBERTY MEDIA HOLDINGS, LLC

    Plaintiff,

v.

BITTORRENT SWARM OF NOVEMBER 15, 2010,
TO JANUARY 28, 2011, SHARING HASH VALUE
AE340D0560129AFEE8D78CE07F2394C7B5BC9C05
AND COMPRISING DOES 1-38,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF PENDING, SIMILAR ACTIONS**

Plaintiff hereby files its Notice of Pending, Similar Actions in accordance with Local Rule 3.8. Although the defendants are different, the following case has been filed in the United States District Court for the Southern District of Florida, involving identical allegations and claims as the above-styled case presently before this Court: *Liberty Media Holdings, LLC v. Does 1-20, et al.*, Case No. 1:11-cv-21525-KMM

Dated: May 11, 2011

                                              RANDAZZA LEGAL GROUP

                                              Marc J. Randazza (625566)
                                              mjr@randazza.com
                                              Jason A. Fischer (68762)
                                              jaf@randazza.com
                                              RANDAZZA LEGAL GROUP, P.A.
                                              2 South Biscayne Blvd, Suite 2600
                                              Miami, Florida 33131-1815

Telephone: (305) 479-2491
Facsimile: (305) 397-2772

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that no service is required of the foregoing, as no party other than Plaintiff has made an appearance in this action.

   s/Jason A. Fischer